UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

OTIS LEE COLE #232716,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

Case No. 2:18-CV-159

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a civil rights action brought by state prisoner, Otis Lee Cole, pursuant to 42 U.S.C. § 1983. On February 3, 2022, U.S. Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R & R), recommending that the Court deny Defendants' motion for summary judgment. (ECF No. 69.) The Court has reviewed the R & R. No objections have been filed pursuant to 28 U.S.C. § 636(b). Thus, the Court will adopt the R & R.

**Accordingly, IT IS HEREBY ORDERED** that the February 3, 2022, Report and Recommendation (ECF No. 69) is **adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 62) is **DENIED** for the reasons set forth in the R & R.

Dated: February 28, 2022

                                                    /s/ Gordon J. Quist
                                                  GORDON J. QUIST
                                       UNITED STATES DISTRICT JUDGE